

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00310-CV**

**IN THE INTEREST OF A.G.L., A CHILD**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 16-000810-CV-361**

**MEMORANDUM OPINION**

Carroll Wayne Dicky, II filed a notice of appeal regarding the associate judge's August 16, 2016 Final Order Establishing the Parent-Child Relationship. It appears Dicky intended a review by the district court of the associate judge's findings. *See* TEX. FAM. CODE ANN. § 201.015(a) (West 2014). There does not appear to be a final order as set out in TEX. FAM. CODE ANN. § 109.002 (West 2014). Therefore, we dismiss this appeal for lack of jurisdiction.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a); §

51.208 (West 2013).  Under these circumstances, we suspend the rule and order the Clerk

to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 6, 2016
 [CV06]

